JAMES ALEX MARCRUM v. ERMA JEAN MARCRUM.

January 26, 1982.

Certification is granted and the matter is temporarily remanded to the Superior Court, Chancery Division, Hunterdon County for the limited purpose of the trial court holding an expedited best interest hearing, pursuant to *N.J.S.A.* 2A:34–31. Jurisdiction is retained, and the appeal shall go forward pending the filing of the findings and recommendations of the trial court. (See 181 *N.J. Super.* 361)

IN THE MATTER OF THE ESTATE OF ALEXANDER MAISLIN, A/K/A ALEX MAISLIN, DECEASED.

January 26, 1982.

Petition for certification denied. (See 181 *N.J. Super.* 14)

STATE OF NEW JERSEY v. MICHAEL HAMMOCK.

January 26, 1982.

Petition for certification denied.

JOAN I. MINTON v. CAMDEN FIRE INSURANCE ASSOCIATION.

January 26, 1982.

Petition for certification denied.